No. 98. CORN PRODUCTS REFINING CO. ET AL. *v.* LOFT, INC. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. The CHIEF JUSTICE and MR. JUSTICE ROBERTS took no part in the consideration and decision of this application. *Messrs. Joseph J. Daniels, William G. Davis, Frank H. Hall, Samuel D. Miller, Howard S. Young, Abraham Lowenhaupt, Paul Y. Davis, C. C. LeForgee,* and *James W. Noel,* for petitioners. *Messrs. Everett Sanders, Frank C. Dailey,* and *Edward F. Howrey* for respondent.